NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: CANON INC., CANON U.S.A., INC.,**
*Petitioners*

---

2024-102

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:22-cv-00166-ADA-DTG, Judge Alan D. Albright.

---

## ON PETITION AND MOTION

---

### O R D E R

Canon Inc. and Canon U.S.A., Inc. (collectively, "Canon") move unopposed for the court to withdraw Canon's petition for a writ of mandamus and for each party to bear its own costs.

Upon consideration thereof,

2                                                    IN RE: CANON INC.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

November 14, 2023
Date

Jarrett B. Perlow
Clerk of Court